Michael D. Bohannon, PLLC
WSBA #14274
19586 10th Avenue NE, Suite 300
PO Box 2326
Poulsbo, WA 98370
Ph (360) 779-6665 Fx (866) 426-0623

Honorable Marc L. Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>HAROLD A. COVINGTON,<br><br>                      Debtor.<br>_____<br>WILLIAM W. WILLIAMS,<br><br>                      Plaintiff,<br>vs.<br><br>HAROLD A. COVINGTON,<br><br>                      Defendant. | NO. 14-11682-MLB<br><br><br><br><br>ADVERSARY<br>CASE NO.<br><br>COMPLAINT TO DETERMINE<br>DISCHARGEABILITY OF DEBT |

COMES NOW William W. Williams ("Williams"), and for his Complaint to Determine Dischargeabilty of Debt, alleges as follows:

## I. JURISDICTION AND VENUE

1.1 This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§§ 151, 157 and 1334 and 11 U.S.C. §523. Venue is proper in this Court pursuant to 28 U.S.C. §1409(a). This is an action to declare Harold A. Covington's ("Covington") debt to Williams nondischargeable under the applicable subparagraphs of 11 U.S.C. §523(a) and as such, is a core proceeding pursuant to 28 U.S.C. §157.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT -1

19586 10TH AVENUE NE, STE. 300, POULSBO, WA 98370
P.O. BOX 2326, POULSBO, WA 98370
PHONE: (360) 779-6665 FAX: (866) 426-0623
mike@bohannonlaw.com www.bohannonlaw.com

MICHAEL D. BOHANNON PLLC
ATTORNEY AT LAW – COMMERCIAL LAW – CREDITOR/DEBTOR MATTERS

## II. PARTIES

2.1     Williams is a married man residing in Johnson County, Tennessee, and is a creditor in this Chapter 7 proceeding.

2.2     Covington is a single man residing in Kitsap County, Washington, and is the Debtor in this Chapter 7 proceeding.

## III. FACTS

3.1     Covington filed his petition for relief under Chapter 7 of Title 11 U.S.C. on March 7, 2014.

3.2     Williams is a creditor of Covington by virtue of a Final Monetary Judgment entered on April 28, 1998 (the "Judgment"), entered against Covington, in that certain case entitled *William W. Williams v. Harold A. Covington* in the General Court of Justice, District Court Division for Wake County, North Carolina, Case No. 96 CVD 11027 (the "Court Case"). A true and correct copy of the Judgment is attached hereto as **Exhibit A** and incorporated herein by reference. The Judgment was entered in connection with the Summary Judgment dated October 3, 1997 entered in the Court Case (the "Summary Judgment"). A true and correct copy of the Summary Judgment is attached hereto as **Exhibit B** and incorporated herein by reference.

3.3     On February 8, 2013, an amended judgment was entered in favor of Williams against Covington in the General Court of Justice, District Court Division for Wake County, North Carolina (the "Amended Judgment"). The Amended Judgment represents a new order on the Judgment entered in the Court Case, as permitted by the laws of North Carolina. A true and correct copy of the Amended Judgment is attached hereto as **Exhibit C** and incorporated herein by reference.

3.4     On October 4, 2013, a Judgment Summary re Amended Foreign Judgment (the "Judgment Summary") was filed in Thurston County Superior Court, Case No. 05-2-02190-7, pursuant to Washington's Uniform Enforcement of Foreign Judgments Act, RCW

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT -2

19586 10TH AVENUE NE, STE. 300, POULSBO, WA  98370
P.O. BOX 2326, POULSBO, WA  98370
PHONE: (360) 779-6665   FAX: (866) 426-0623
mike@bohannonlaw.com   www.bohannonlaw.com

MICHAEL D. BOHANNON PLLC
ATTORNEY AT LAW – COMMERCIAL LAW – CREDITOR/DEBTOR MATTERS

Case 14-11682-MLB    Doc 9    Filed 04/30/14    Ent. 04/30/14 09:58:35    Pg. 2 of 4

6.36, *et. seq.* A true and correct copy of the Judgment Summary is attached hereto as **Exhibit D** and incorporated herein by reference. As set forth in the Judgment Summary, the expiration of the Amended Judgment is February 8, 2023.

3.5 As set forth in the Judgment, Covington "has and continues to intentionally publish false and libelous defamation about [Williams], in direct violation of the injunction issued against [Covington]." The Court in the Court Case therefore entered judgment in favor of Williams and against Covington for compensatory damages in the amount of $10,088, and for punitive damages in the amount of $100,000.

3.6 Between January 1993 and August 1996, Covington published certain false and defamatory statements regarding Williams. In October 1996, Williams filed his Complaint (the "Complaint") in the Court Case. A true and correct copy of the Complaint is attached hereto as **Exhibit E** and incorporated herein by reference.

3.7 As set forth in the Complaint, the statements published by Covington were false and defamatory, published with actual malice and without privilege, and resulted in injury and damage to Williams and his reputation.

### IV. CAUSE OF ACTION PURSUANT TO 11 U.S.C. §523(a)(6)

4.1 Williams realleges all allegations contained in the preceding paragraphs.

4.2 As alleged above, Covington willfully and maliciously caused injury to Williams. To wit, Covington repeatedly published false and defamatory statements regarding Williams, which statements were made with actual malice and without privilege, and resulted in actual damage to Williams. Covington's acts constitute willful and malicious injury by a debtor to another entity or to the property of another entity.

4.3 As a proximate result of Covington's false and defamatory statements, Williams sustained damage and loss of reputation. Covington's monetary obligations to Williams as set forth in the Judgment, Amended Judgment and Judgment Summary

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT -3

19586 10TH AVENUE NE, STE. 300, POULSBO, WA 98370
P.O. BOX 2326, POULSBO, WA 98370
PHONE: (360) 779-6665  FAX: (866) 426-0623
mike@bohannonlaw.com  www.bohannonlaw.com

MICHAEL D. BOHANNON PLLC
ATTORNEY AT LAW – COMMERCIAL LAW – CREDITOR/DEBTOR MATTERS

Case 14-11682-MLB    Doc 9    Filed 04/30/14    Ent. 04/30/14 09:58:35    Pg. 3 of 4

(collectively, the "Judgments") are not subject to discharge under 11 U.S.C. §523(a)(6).

## V. RELIEF REQUESTED

**WHEREFORE**, Williams prays for the following relief:

5.1   That the Court enter a judgment in favor of Williams and against Covington based on the Judgments and in the amounts set forth therein, plus interest accruing thereon as provided in the Judgments;

5.2   That the Court declare the Judgments nondischargeable obligations of Covington to Williams pursuant to 11 U.S.C. § 523(a)(6);

5.3   That the Court award Williams his reasonable attorney's fees and costs incurred herein; and

5.4   That the Court grant Williams such other and further relief as the Court deems just and proper under the circumstances.

DATED this 30th day of April, 2014.

MICHAEL D. BOHANNON, PLLC

*/s/ Michael D. Bohannon*
Michael D. Bohannon, WSBA #14274
Attorney for William W. Williams

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT -4

19586 10TH AVENUE NE, STE. 300, POULSBO, WA 98370
P.O. BOX 2326, POULSBO, WA 98370
PHONE: (360) 779-6665  FAX: (866) 426-0623
mike@bohannonlaw.com  www.bohannonlaw.com

MICHAEL D. BOHANNON, PLLC
ATTORNEY AT LAW – COMMERCIAL LAW – CREDITOR/DEBTOR MATTERS

Case 14-11682-MLB    Doc 9    Filed 04/30/14    Ent. 04/30/14 09:58:35    Pg. 4 of 4